IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE L. MARK,

     Petitioner,                  No. CIV S-09-1260 KJM P

    vs.

BEN CURRY,

     Respondent.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus under 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R.

/////

1 | Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice
2 | would be served by the appointment of counsel at the present time.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |       1. Petitioner shall submit, within thirty days from the date of this order, a certified
5 | copy of his prison trust account statement for the six month period immediately preceding the
6 | filing of the complaint.  Plaintiff's failure to comply with this order will result in a
7 | recommendation that this action be dismissed without prejudice.
8 |       2.  Petitioner's request for appointment of counsel (docket no. 4) is denied
9 | without prejudice to a renewal of the motion at a later stage of the proceedings.
10 | DATED:  July 13, 2009.

                                                U.S. MAGISTRATE JUDGE

4
mark1260.110